AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED

APR 22 2018

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
Gladet Loera
United States Citizen
YOB 1981

Defendant(s)

Case No. M-18-0854-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 21, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 United States Code § 841 | Defendant did knowingly and intentionally posses with the intent to distribute approximately 10.24 kilograms of cocaine a scheduled II controlled substance |
| 21 United States Code § 846 | Conspiracy to possess with intent to distribute a controlled substance 10.24 kilograms of cocaine |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

/s/ Kyle Pearson
*Complainant's signature*

HSI SA Kyle Pearson
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.CRP.4.1 and probable cause found on:

Date: 4/22/2018   1:00 p.m.

City and state: McAllen, Texas

Pete E Ormsby
*Judge's signature*

Peter Ormsby, U.S. Magistrate Judge
*Printed name and title*

## Attachment "A"

On April 21, 2018 at approximately 1230 pm, Gladet LOERA arrived at the Hidalgo Port of Entry (POE), Texas, driving a 2006 Chevrolet Trailblazer with her were her two minor children, one seated in the front passenger seat and one sitting in the rear passenger seat. During primary inspection, the Customs and Border Protection Officer (CBPO) conducted an interagency records check which revealed the vehicle was suspected to be involved in drug smuggling. The vehicle was referred to secondary for an intensive examination and search for contraband prior to entering the United States. During secondary inspection CBPOs discovered nine (9) bundles of a controlled substance that field tested positive for properties of cocaine weighing 10.24 kilograms within a hidden compartment inside of the vehicle.

LOERA was interviewed by Homeland Security Investigations Special Agent Kyle Pearson and Hidalgo HIDTA Task Force Agent Rodrigo Sampayo. After her Miranda rights were read to her, she readily waived the presence of an attorney and admitted her culpability, stating she knowingly and routinely transports narcotics and is paid $2000 United States Currency per shipment. LOERA stated she transports drugs from McAllen, Texas to the Houston, Texas, one to two times per week. Today, LOERA stated she was travelling to the McAllen, Texas area from Mexico to meet an individual who would conceal drugs inside of the vehicle. LOERA claimed ownership of the vehicle and knowledge of the hidden compartment for the purposes of transporting drugs.